**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/21

# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

*Reply To:*
**42-40 Bell Blvd, Suite 302**
**Bayside, New York 11361**
**Tel (516) 829-2299**
*jp@jpittell.com*

*Long Island Office*
**10 Bond St, Suite 389**
**Great Neck, New York 11021**
**Tel (516) 829-2299**
*jp@jpittell.com*

October 21, 2021

Hon. Valerie E. Caproni
U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *DiTomasso v. U.S., 2*1 Cv 7704 (VEC) {habeas petition}
*U.S. v. DiTomasso,* 14 Cr 160 (VEC){criminal docket}

Dear Judge Caproni:

Pursuant to Your Honor's Order dated September 13, 2021, issued in the above reference matter, I was appointed as counsel for Mr. DiTomasso in his habeas proceeding. The Order sets a briefing schedule where a supplemental brief (in further support of Mr. DiTomasso's pro se habeas petition) is due on October 29, 2021. The Order indicates I may request an extension of this deadline.

Following my appointment, I have been reviewing the record. The record is comprehensive as it involved a trial, post-trial motion practice and an appeal. I have also been conferring and corresponding with Mr. DiTomasso. At this point, I seek additional time to prepare the supplemental brief. Accordingly, I respectfully request the Order's briefing schedule be modified by approximately 45 days as follows:

Supplemental brief due December 13, 2021
Government response due January 10, 2021
Reply due January 18, 2021

I have conferred with the Government and they do not object to this request.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc: Frank DiTomasso
 Kimberly Ravener, AUSA

Application GRANTED.

SO ORDERED.

*[signature]* 10/22/21

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE